# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DAVID MARTIN

VERSUS

KENTWOOD CO-OP INC., AND
LUBA CASUALTY INSURANCE
COMPANY

NO. 2019 CW 0679

OCT 2 8 2019

---

In Re: Kentwood Co-Op Inc., and Its Insured Luba Casualty Insurance Company, applying for supervisory writs, Office of Workers' Compensation, District 05, No. 18-01317.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT